DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLOS NOGUERA** and **MADELINE NOGUERA,**
Appellants,

v.

**B AND B ROOFING AND GENERAL CONTRACTING, INC.,**
Appellee.

No. 4D21-1516

[April 21, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502018CA005112.

Edward F. Holodak of Edward F. Holodak, P.A., Plantation, for appellants.

Jonathan S. Glickman of Slusher & Rosenblum, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., FORST and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***